**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARDEEP SHARMA,<br><br>                       Petitioner,<br><br>  v.<br><br>JEREMY CASEY, *et al.*,<br><br>                    Respondents. | Case No. 26-cv-03643-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 9)** |

Presently before the Court is the parties' Joint Motion to Dismiss Without Prejudice. (ECF No. 9.) Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **DISMISSES WITHOUT PREJUICE** the Petition. Each party shall bear its own fees and costs. Further, the Court **TERMINATES AS MOOT** the Motion for Temporary Restraining Order. (ECF No. 2.) The Clerk of Court shall close the case.

     **IT IS SO ORDERED.**

**DATED: July 7, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge
United States District Court**

- 1 -

26cv3643